UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

OLIVER FLOYD, )
                                                                )
              Plaintiff, )
                                                                   ) **JUDGMENT IN A CIVIL CASE**
v. )
                                                                 ) **CASE NO. 5:17-CV-40-D**
NANCY A. BERRYHILL, Acting Commissioner )
of Social Security, )
             Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 26]. Plaintiffs motion for judgment on the pleadings [D.E. 17] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 22] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on February 14, 2018, and Copies To:**
Charlotte Williams Hall                           (via CM/ECF electronic notification)
Amanda B. Gilman                                (via CM/ECF electronic notification)

DATE:                                     PETER A. MOORE, JR., CLERK
February 14, 2018                        (By) /s/ Nicole Briggeman
                                                 Deputy Clerk