UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| OLIVER FLOYD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NANCY A. BERRYHILL, Acting Commissioner ) <br> of Social Security, ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 5:17-CV-40-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner of Social Security pay to Plaintiff the sum of $5,000.00 and that the Treasury Judgment Fund ("TJF") pay to Plaintiff's counsel $400.00, both delivered to Plaintiff's counsel's office address, in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sums this case is dismissed with prejudice.

**This Judgment Filed and Entered on March 8, 2018, and Copies To:**
Charlotte Williams Hall					(via CM/ECF electronic notification)
Amanda B. Gilman					(via CM/ECF electronic notification)


DATE:						PETER A. MOORE, JR., CLERK
March 8, 2018					(By) /s/ Crystal Jenkins
						 Deputy Clerk